## In re GREENLEAF, INC.

No. 00–1235.

Serial no. 74/631, 589.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2001.

Before MICHEL, SCHALL and GAJARSA, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

## George KIPOURAS and Alan R. Federal, Appellants,

v.

## James P. BARNHOUSE and Simon Hsiao–Pao Yu, Cross–Appellants.

Nos. 00–1412, 00–1413.

Interference No. 103,029.

United States Court of Appeals, Federal Circuit.

Jan. 16, 2001.

### ORDER

The parties having so agreed, it is ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

## Wayne R. WILLIAMSON, Claimant–Appellant,

v.

## Hershel W. GOBER, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 01–7020.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2001.

### ORDER

Upon consideration of Wayne R. Williamson's unopposed motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party shall bear its own costs.